### HAMMOND v. THE STATE.

This case came before this court upon a writ of error from the superior court of Muscogee County; 'and, after argument had, the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Atkinson and Hill, JJ., being in favor of a reversal, and Beck, P. J., and Gilbert and Hines, JJ., being in favor of affirmance, the judgment of the court below stands affirmed by operation of law.

No. 4726.  DECEMBER 16, 1925.  REHEARING DENIED JANUARY 16, 1926.

Murder.  Before Judge Munro.  Muscogee superior court.  December 31, 1924.

*Arnold & Battle* and *W. H. McCrory,* for plaintiff in error.

*George M. Napier, attorney-general, W. R. Flournoy, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.

Appeal and Error 4 C. J. p. 1122, n. 35.